UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMARCUS FIGGS and DAVID CORBIN ) <br> Et al., individually and on behalf of all others ) <br> Similarly situated ) <br> ) <br>          Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> THE GEO GROUP, INC., ) <br> ) <br>          Defendant. ) | Case No. 1-18-cv-00089-TWP-MPB |

## THE GEO GROUP, INC.'S REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant The GEO Group, Inc. ("GEO") files this reply to the Plaintiffs' Response In Opposition to Defendant The GEO Group, Inc.'s 12(b)(6) Motion, Dkts. 8-9 (the "Response" or "Resp."), and in support of GEO's previously filed Motion to Dismiss for Failure to State a Claim, Dkt. 6.

For the reasons discussed in GEO's accompanying memorandum and in GEO's memorandum in support of the motion to dismiss, Dkt. 6, Plaintiffs' Complaint, Dkt. 1, fails to plausibly state any claim upon which relief may be granted. GEO moves the Court to dismiss the Complaint in its entirety.

Respectfully submitted,

/s/   Adam G. Forrest
Adam G. Forrest, Atty. No. 23920-89
BBKCC Attorneys
27 North 8th Street
Richmond, IN  47374
Tel: 765.962.7527
Email: afforest@bbkcc.com

Attorney for Defendant, The GEO Group, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of February, 2018, a true and complete copy of the foregoing document was filed electronically using the Court's CM/ECF system.  Notice of this filing will be sent to the following parties by that system:

David W. Frank
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46803-2307
Tel: (260) 424-0600
Fax: (260) 424-0712
dfrank@myers-law.com
Counsel for Plaintiffs

                                              /s/ Adam G. Forrest