UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMARCUS FIGGS individually and on behalf of all others similarly situated, DAVID CORBIN individually and on behalf of all others similarly situated, <br><br>   Plaintiffs, <br><br>   v. <br><br> GEO GROUP, INC., <br><br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 1:18-cv-00089-TWP-MPB |

### ENTRY ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

This matter is before the Court on Plaintiffs Damarcus Figgs ("Figgs") and David Corbin ("Corbin") (collectively, "Plaintiffs") Motion for Leave to File Supplemental Authority. (Filing No. 12). In Plaintiffs' Brief in Opposition to Defendant GEO Group's Motion to Dismiss, Plaintiffs cited the district court case *Menocal et al v. GEO Group, Inc.,* 113 F.Supp.3d 1125 (D. Colo. 2015), a case which denied a for-profit private company's motion to dismiss federal labor trafficking and state unjust enrichment claims brought against it. Additionally, the United States District Court of Colorado granted class certification of the labor trafficking and unjust enrichment claims. Plaintiffs wish to file supplemental authority, concerning the Tenth Circuit's affirmance of the class certification in the district court case. *Menocal et al. v. GEO Group, Inc.,* No. 17-1125 (10th Cir. Feb. 9, 2018) (Filing No. 12-1). Defendant has not responded. Accordingly, Plaintiffs' unopposed Motion for Leave to File Supplemental Authority is **GRANTED**. (Filing No. 12)

**IT IS SO ORDERED.**

Date: 9/24/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Charles Deacon
NORTON ROSE FULBRIGHT US LLP
300 Convent St.
Suite 2100
San Antonio, TX 78205

Mark Thomas Emery
NORTON ROSE FULBRIGHT US LLP
mark.emery@nortonrosefulbright.com

Adam Garth Forrest
BOSTON BEVER KLINGE CROSS & CHIDESTER
aforrest@bbkcc.com

David W. Frank
CHRISTOPHER C. MYERS & ASSOCIATES
dfrank@myers-law.com

Christopher Carson Myers
CHRISTOPHER C. MYERS & ASSOCIATES
cmyers@myers-law.com