UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMARCUS FIGGS and ) | |
| DAVID CORBIN, individually and ) | |
| on behalf of all others similarly situated, ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 1:18-cv-00089-TWP-MPB |
| v. ) | |
| ) | |
| THE GEO GROUP, INC., ) | |
| Defendant. ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHROITY**

COMES NOW the Defendant, The GEO Group, Inc., by counsel, Adam G. Forrest, who, in response to the Plaintiff's Motion for Leave to Cite Supplemental Authority in Support of their Opposition to Defendant's Motion to Dismiss, state as follows:

1. Defendant does not oppose the Plaintiff's Motion.

2. Defendant would note that in important respects, *Menocal v. The GEO Group, Inc.,* 113 F.Supp.3d 1125 (D. Colo. 2015), *aff'd* 882 F.3d 905 (10th Cir. 2018), *cert. denied,* No. 17-1648 (Oct. 1, 2018) and the instant matter are distinguishable.

3. In *Menocal,* the district court dismissed claims by federal immigration detainees for a minimum wage under Colorado law.

4. Further, in *Menocal,* the district court denied a motion to dismiss the federal immigration detainees' claims under the Trafficking Victims Protection Act ("TVPA"), 18 U.S.C. 1589 and Colorado unjust enrichment law. These claims involve policies governing federal immigration detention set by a federal agency,

U.S. Immigration and Customs Enforcement. In contrast with *Menocal,* the instant matter involves convicted prisoners of the Indiana Department of Correction ("DOC") at a facility operated by the Defendant under contractual terms between it and the DOC.

5. In *Menocal,* the sole issue on appeal before the United States Court of Appeals for the Tenth Circuit and the United States Supreme Court in the petition for writ of certiorari was whether the district court erred in certifying a class action on the TVPA and unjust enrichment claims.

WHEREFORE, the Defendant, by counsel, respectfully responds to the Plaintiff's *Motion for Leave* and continues to seek the dismissal of the Plaintiff's claim for all of the reasons set forth in its *Motion to Dismiss* and related pleadings thereto.

Respectively submitted,

/s/ Adam G. Forrest
Adam G. Forrest, Atty. No. 23920-89
BOSTON BEVER KLINGE CROSS & CHIDESTER
27 North 8th Street
Richmond, IN  47374
Tel: 765.962.7527
Email: afforest@bbkcc.com

Mark Emery (pro hac vice)
NORTON ROSE FULBRIGHT US LLP
799 9th Street, Suite 1000
Washington, DC 20001-4501
Telephone:  (202) 662-0210
Facsimile:  (202) 662-4643
Email: mark.emery@nortonrosefulbright.com

        Charles A. Deacon (pro hac vice)
        NORTON ROSE FULBRIGHT US LLP
        300 Convent Street.Suite 2100
        San Antonio, TX 78205
        Telephone: (210) 270-7133
        Facsimile:  (210) 270-7205
        Email: Charlie.deacon@nortonrosefulbright.com
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2018, I electronically filed *Defendant's Response to Plaintiff's Motion for Leave to Cite Additional Authority* with the Clerk of the Court using the CM/ECF system.

Further, I hereby certify that I have provided a copy of the foregoing to the following non-CM/ECF participant via United States Mail, first-class, postage prepaid, on this 14th day of October, 2018:

    David W. Frank – dfrank@myers-law.com

        By    /s/ Adam G. Forrest
               Adam G. Forrest