UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMARCUS FIGGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-00089-MPB-TWP |
| ) | |
| THE GEO GROUP, ) | |
| ) | |
| Defendant. ) | |

PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Come now Plaintiffs DaMarcus Figgs and David Corbin, by counsel, and respectfully respond in opposition to Defendant's Motion for Summary Judgment as follows:

1. Genuine issues of material fact exist to preclude the entry of summary judgment in Defendant's favor; or

2. There are no facts currently available for Plaintiffs to argue that summary judgment should not be granted because the PLRA does not apply.

3. Plaintiff has designated evidence and prepared a brief in support of this response. These documents will be electronically filed.

4. Summary judgment should be denied.

Respectfully submitted,

s/ *Jessica Wegg*
Jessica Wegg, No. 28693-49
Jonathan Little, No. 27421-49

SAEED & LITTLE, LLP
#189 – 133 West Market Street
Indianapolis, IN 46204
(317) 721-9214
jessica@sllawfirm.com
jon@sllawfirm.com

\* \* \*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed using the Court's CM/ECF system. Service will be made on all ECF-registered counsel of record on the date of filing by operation of the same.

s/ *Jessica Wegg*
Jessica Wegg