UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAMARCUS FIGGS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00089-MPB-TWP |
| | ) | |
| GEO GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons stated in this Court's Order issued simultaneously to this ruling, final judgment is hereby entered. The action is dismissed without prejudice.

**SO ORDERED** this 12th day of December, 2019.

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.